IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED W. ROARK, | No. 2:23-CV-2479-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JERRY DYER, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The alleged civil rights violations took place in Fresno County, which is within the boundaries of the Fresno division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(b). Pursuant to Local Rule 120(d), a civil action which has not been commenced in the proper division of the Court may, on the Court's own motion, be transferred to the proper division. Because the Sacramento division of this Court is not the proper division, this action will be transferred to the Fresno division.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2  United States District Court for the Eastern District of California sitting in Fresno.

4  Dated:  November 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE